**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

*ELECTRONICALLY FILED*

_____
)
BROADCAST MUSIC, INC.; ET AL.           )
                                        )
           Plaintiffs                   )
    vs.                                 )    Civil Action No. 3:13-cv-653-S
                                        )
BAR-L, INC. d/b/a TRIXIE'S , ET AL.     )
                                        )
           Defendants.                  )
_____ )

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered on January 3, 2014, Plaintiffs Broadcast Music, Inc., *et al.* and Defendants Bar-L, Inc., *et al.*, by counsel, submit this Joint Status Report. The parties have been involved in settlement negotiations since the summer of 2012, which are still ongoing. If the settlement negotiations do not prove fruitful within the next 45 days, the parties intend to move forward with the litigation and will set a deadline for Defendants to respond to the Complaint. As such, the parties request an additional 45 days in which to try and resolve this matter and submit an agreed entry of dismissal for execution by the Court, or to advise the Court that they will be unable to complete the settlement.

Respectfully submitted,


*/s/ Reva D. Campbell*
Janet P. Jakubowicz
Reva D. Campbell
BINGHAM GREENEBAUM DOLL LLP
3500 National City Tower
Louisville, Kentucky 40202
Phone:  (502) 589-4200
E-mail:  jjakubowicz@bgdlegal.com
E-mail:  rcampbell@bgdlegal.com

COUNSEL FOR PLAINTIFFS

and


*/s/  Gregory E. Mayes  (with permission)*
Gregory E. Mayes
MIDDLETON REUTLINGER
401 South Fourth Street, Suite 2600
Louisville, Kentucky 40202
Phone:  (502) 584-1135
E-mail:  gmayes@middletonlaw.com

COUNSEL FOR DEFENDANTS


15110378_1.doc